691 A.2d 817

## IN THE MATTER OF DAVID BRANTLEY, AN ATTORNEY AT LAW.

April 25, 1997.

## ORDER

The Disciplinary Review Board on February 5, 1997, having filed with the Court its decision concluding that **DAVID BRANTLEY** of **VERONA,** who was admitted to the bar of this State in 1970, should be reprimanded and required to practice under supervision for a period of three years for violating *RPC* 1.3 (lack of diligence) in his handling of an estate matter, and good cause appearing;

It is ORDERED that **DAVID BRANTLEY** is hereby reprimanded; and it is further

ORDERED that **DAVID BRANTLEY** practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of three years and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.